**Order entered April 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01577-CV

### WAYNE A. RAND, Appellant

### V.

### DOROTHY DENNISE RAND, Appellee

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-1306590**

## ORDER

Before the Court is appellant's March 30, 2015 motion to extend time to file brief. The brief, however, is not yet due because the reporter's record has not been filed. *See* TEX. R. APP. P. 38.6(a). From a review of our records, it appears the court reporter is awaiting appellant's designation of the record. Accordingly, we **ORDER** appellant to file, no later than April 17, 2015, a written request specifically designating the hearings and exhibits to be included in the record. *See id.* 34.6(b)(1),(2). We further **ORDER** court reporter Shantel Beheler to file, no later than May 1, 2015, either the record or written verification appellant has not designated the portions of the proceedings needed to be transcribed. We caution appellant that if we receive notification from Ms. Beheler that she has not received the designation of record, we may order the appeal submitted without the reporter's record. *See id.* 37.3(c).

We **DENY** as premature appellant's March 30, 2015 extension motion.

We **DIRECT** the Clerk of the Court to send a copy of this order to the parties and Ms. Beheler.


/s/     CRAIG STODDART
           JUSTICE